UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADL EL-SHABAZZ,
f/k/a A.C. FORD,                                                        Civil No.  08-5753 DSD/AJB

    Petitioner,

    v.                                                                              O R D E R

JESSICA SYMMES,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 20, 2008, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is summarily dismissed without prejudice for lack of jurisdiction.

DATED:  December 8, 2008

                                                      s/David S. Doty
                                                      Judge David S. Doty
                                                      U. S. District Court